**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN JEROME MOORE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-00191-SNLJ |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>MEMORANDUM AND ORDER</u>

This matter comes before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. ECF No. 1. The motion is successive and will be denied and dismissed.

On October 24, 2019, Petitioner was charged by Indictment with one count of interference with commerce by threats or violence and one count of brandishing a firearm in furtherance of a crime of violence. *United States v. Moore*, No. 4:19-CR-895-SNLJ-1 (E.D. Mo.). On July 7, 2021, Petitioner pled guilty to both counts. Petitioner appealed and the Eighth Circuit dismissed his appeal on October 13, 2021, issuing its mandate on November 4, 2021. *United States v. Moore*, No. 21-3293 (8th Cir. 2021).

On November 8, 2021, Petitioner filed his first Motion to Vacate, Set Aside, or Correct his Sentence under 28 U.S.C. § 2255. *See Moore v. United States*, No. 4:21-cv-01322-SNL (E.D. Mo.). The Court denied and dismissed the Motion to Vacate on January 4, 2024, for the reason that his ineffective assistance of counsel claims were refuted by the record in the case. Petitioner did not appeal the denial of his Motion to Vacate.

Petitioner filed his second Motion to Vacate, Set Aside, or Correct his Sentence on February 6, 2026. ECF No 1. He alleges the denial of assistance of counsel for failure to argue his crimes did not qualify as crimes of violence. *Id.* at 3-6.

Under 28 U.S.C. § 2244(a) and § 2255(h) district courts may not entertain a second or successive Motion to Vacate unless it has first been certified by the Court of Appeals. The instant Motion to Vacate has not been certified by the Court of Appeals for the Eighth Circuit. As a result, the Court may not grant the requested relief, and this action must be denied and dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion to Vacate, Set Aside or Correct Sentence [ECF No. 1] is **DENIED AND DISMISSED AS SUCCESSIVE**.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Appoint Counsel [ECF No. 2] is **DENIED** as moot.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 27th day of May, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2